COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jose Cruz Tunal v. The State of Texas

Appellate case number:    01-18-00934-CR

Trial court case number:  2014CR6650W

Trial court:              187th District Court of Bexar County

Appellant's appointed counsel has filed a motion to withdraw due to her election to the 226th District Court of Bexar County.

Counsel's motion to withdraw is **granted**. We abate the case for the trial court to appoint new counsel to represent appellant on appeal. The trial court's order appointing new counsel for appellant must be filed in a supplemental clerk's record with this Court no later than **February 25, 2019**. Appellant's brief shall be due thirty days from the date trial court issues its order appointing new counsel to represent appellant.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental record containing the trial court's order appointing new appellate counsel is filed in this Court.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually

Date:    January 24, 2019